**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| HENRY MASON, | Case No. 2:25-cv-02383-RFB-NJK |
| Petitioner, | **EXTENSION ORDER** |
| v. | |
| JEREMY BEAN, *et al.*, | |
| Respondents. | |

This habeas matter is before this Court on Petitioner Henry Mason's unopposed motion for a 90-day extension of time to file his amended petition. ECF No. 11. This is Mr. Mason's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that the motion for extension of time (ECF No. 11) is **GRANTED**. Mr. Mason has up to and including July 6, 2026, to file his amended petition.

**DATED:** April 8, 2026

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**