**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| HENRY MASON,<br><br>           Petitioner,<br><br>     v.<br><br>JEREMY BEAN,<br><br>           Respondent. | Case No. 2:25-cv-02383-RFB-NJK<br><br>**EXTENSION ORDER** |

This habeas matter is before this Court on counseled Petitioner Henry Mason's unopposed motion for a 53-day extension of time to file his amended petition. (ECF No. 13.) This is Mason's second request for an extension of this deadline. The Court finds good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that the motion for extension of time (ECF No. 13) is granted. Mason has up to and including August 28, 2026, to file his amended petition.

**DATED:** July 8, 2026.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**