UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HENRY MASON,<br>Petitioner,<br>v.<br>JEREMY BEAN,<br>Respondent. | Case No. 2:25-cv-02383-RFB-NJK<br>**DISMISSAL ORDER** |

This matter comes before this Court on counseled Petitioner Henry Mason's motion to voluntarily dismiss his petition in this matter. (ECF No. 18.) This Court finds that good cause exists to grant the motion. Further, given the dismissal of this case, the Court denies Petitioner's previously filed motion for an extension of time to file an amended petition. (ECF No. 17.)

**IT IS THEREFORE ORDERED** that the motion to voluntarily dismiss Mason's petition (ECF No. 18) is **GRANTED**. The petition (ECF No. 6) is dismissed without prejudice.

**IT IS FURTHER ORDERED** that the motion for extension of time (ECF No. 17) is denied.

**IT IS FURTHER ORDERED** that the Clerk of the Court close this case and enter judgment accordingly.

**DATED:** October 29, 2026

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**